IN THE United States District Court
Southern District of Mississippi
Northern Division

Clifton Robinson                                      Plaintiff

VS

                          Civil Action No 3:23-CV-610-TSL-FKB

John Valuzzo                                          Defendants


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 20 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

## Complaint

I Clifton Robinson has applied for employment at McDonald's on County Line Rd Jackson MS on Sept 21 2022 within that process. I was denied employment on Sept 22 2022 based on my background check

## Facts

That McDonald's knew that they could not use Background information as a final decison upon hiring Me but Denied my application on such grounds explains Exibit D

## Relief

I Clifton Robinson is requesting that John Valuzzo the owner of said McDonald's to pay 2 million as well as all fees that applies to this case

221 Lindsey Dr Jackson MS
39209

(601) 454-4577                    Clifton Robinson 9/20/23