UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CLIFTON ROBINSON                                            PLAINTIFF

VS.                              CIVIL ACTION NO. 3:23-cv-610-TSL-FKB

JOHN VALLUZZO                                               DEFENDANT


<u>JUDGMENT</u>

In accordance with the court's memorandum opinion and order entered this date, it is hereby ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 5th day of February, 2024.


/s/ Tom S. Lee
_____
UNITED STATES DISTRICT JUDGE